# ALABAMA COURT OF CRIMINAL APPEALS



August 8, 2025

**CR-2023-0625**

J.C. Deontae Nicholas v. State of Alabama (Appeal from Morgan Circuit Court: CC-18-881.60)

## <u>NOTICE</u>

You are hereby notified that on August 8, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk